UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR JEFFRIES,<br><br>        Plaintiff,<br><br>    v.<br><br>LUMBER LIQUIDATORS HOLDINGS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01490-EDL<br><br>**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to Balero v. Lumber Liquidators, Inc., 15-cv-01005-JST.

**IT IS SO ORDERED.**

Dated: April 2, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge